BLANCHE MARQUIS, Appellant, *v.* LEONARD J. MARQUIS et al., Respondents.

Argued November 16, 1943; decided January 6, 1944.

*Henry Epstein* for appellant.

*H. H. Nordlinger* and *Jacob I. Charney* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.